```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-00357 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR SCHEDULING OF CHANGE |
| v. | ) OF PLEA HEARING |
| LEONARD BROWN, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for Leonard Brown, that a status conference currently set for May 13, 2013 before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge, at 1:00 p.m. be vacated. The parties further request that the case be set for a

///
///
///
///
///
///

1

change of plea before the Honorable Anthony W. Ishii, U.S. District Court Judge, on Monday, April 15, 2013 at 10:00 a.m.

Dated: April 11, 2013  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: April 11, 2013  /s/ Ann McGlenon
ANN McGLNON
Attorney for Leonard Brown

IT IS SO ORDERED.

Dated:  April 11, 2013

_____
SENIOR DISTRICT JUDGE